# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michael A. Boehler**<br>**Jill M. Boehler**<br><br>**Debtors** | **BK NO. 16-03293 JJT**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/ James C. Warmbrodt, Esquire**
                  James C. Warmbrodt, Esquire
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  215-627-1322