# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michael A. Boehler** <br> **Jill M. Boehler** <br><br> **Debtors** | **BK NO. 16-03293 JJT** <br><br> **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                            Respectfully submitted,

                          **/s/ James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          215-627-1322

Case 5:16-bk-03293-JJT    Doc 46    Filed 10/25/18    Entered 10/25/18 16:39:35    Desc
Main Document      Page 1 of 1