# In the United States Bankruptcy Court
## for the Middle District of Pennsylvania

In Re:                                              :     Chapter 13

Michael A. Boehler and Jill M. Boehler,             :     Case No.  5-16-bk – 03293-MJC

Debtors                                             :

### Debtor's Certifications Regarding Domestic Support Obligations and § 522(q)
*(If a joint petition is filed, each spouse must complete and file a separate certification)*

*Part I.  Certification Regarding Domestic Support obligations (check no more than one)*

Pursuant to 11 U.S.C.  § 1328(a), I certify that:

☑  I owed no domestic support obligation when I filed by bankruptcy petition, and I have not been required to pay any such obligation since then.

___I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my Chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address is:_____

My current employer and my employer's address:_____

_____

*Part III.  Certification Regarding § 522(q) (check no more than one)*

Pursuant to 11 U.S.C. § 1328(h), I certify that:

☑  I have not claimed an exemption pursuant to § 522(b)(3) and state or local (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) the exceeds $170,350.00[2] in value in the aggregate.

___I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350.00[1] in value in the aggregate.

*Part IV.  Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated:_____12/02/2021_____          By:_____*Jill M. Boehler*_____

                                                    Debtor – Jill M. Boehler

_____

[1] *Amounts are subject to adjustment on 4/1/22 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*