United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael A. Boehler  
Jill M. Boehler  
    Debtors

Case No. 16-03293-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Dec 06, 2021 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael A. Boehler, Jill M. Boehler, 410 Maxine Drive, Lehighton, PA 18235-5807 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| cr | + | Rushmore Loan Management Services as Servicer for, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 4820736 | | Boehler Jill M, 410 Maxine Dr, Lehighton, PA 18235-5807 |
| 4820735 | | Boehler Michael A, 410 Maxine Dr, Lehighton, PA 18235-5807 |
| 4820742 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 4864064 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 4820737 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5399579 | + | NEWREZ LLC, dba SHELLPOINT Mort. Servicing, 130 Clinton Rd 202, Fairfield, NJ 07004-2927 |
| 5290968 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5290969 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 4894702 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Sheils Law Associates, P.C., 108 North Abington Road, Clarks Summit, PA 18411-2505 |
| 4832251 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5429818 | + | U.S. Bank Trust National Association, as, Trustee of the LB-Igloo Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5429819 | #+ | U.S. Bank Trust National Association, as, Trustee of the LB-Igloo Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 U.S. Bank Trust National Association, as 92619-500 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4820741 | EDI: WFNNB.COM | Dec 06 2021 23:43:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 4820738 | EDI: CAPITALONE.COM | Dec 06 2021 23:43:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 4836834 | EDI: CAPITALONE.COM | Dec 06 2021 23:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4856009 | EDI: BL-BECKET.COM | Dec 06 2021 23:43:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4820740 | EDI: CITICORP.COM | Dec 06 2021 23:43:00 | Citicards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 4820739 | EDI: JPMORGANCHASE | Dec 06 2021 23:43:00 | Chase/Disney, PO Box 15123, Wilmington, DE 19850-5123 |
| 4820743 | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 18:39:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 4855246 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2021 18:47:30 | LVNV Funding, LLC its successors and assigns |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4847997 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2021 18:39:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 4820744 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2021 18:39:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 4858450 | + | EDI: RMSC.COM | Dec 06 2021 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4820745 | | EDI: RMSC.COM | Dec 06 2021 23:43:00 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 4820746 | | EDI: TFSR.COM | Dec 06 2021 23:43:00 | Toyota Motor Credit, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 5238983 | | EDI: BL-TOYOTA.COM | Dec 06 2021 23:43:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4823708 | | EDI: WFFC.COM | Dec 06 2021 23:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 4820748 | | EDI: WFFC.COM | Dec 06 2021 23:43:00 | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC |
| cr | *+ | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | *+ | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 4820747 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corp, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 4837239 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5293998 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

Charles G. Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

Lisa M. Doran
    on behalf of Debtor 2 Jill M. Boehler ldoran@dorananddoran.com

Lisa M. Doran
    on behalf of Debtor 1 Michael A. Boehler ldoran@dorananddoran.com

Richard Postiglione
    on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank Trust National Association as Trustee of the LB - Igloo Series IV Trust bankruptcy@friedmanvartolo.com

Robert P Sheils, III
    on behalf of Creditor PNC BANK N.A. RSheilsIII@SheilsLaw.com, tvelez@sheilslaw.com;rmcdonald@sheilslaw.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael A. Boehler | Social Security number or ITIN xxx–xx–2930 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jill M. Boehler | Social Security number or ITIN xxx–xx–4386 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–03293–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael A. Boehler                    Jill M. Boehler

**By the court:**

12/6/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W          **Chapter 13 Discharge**          page 2