United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Michael A. Boehler  
Jill M. Boehler  
    Debtors

Case No. 16-03293-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Feb 09, 2022     Form ID: fnldec     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael A. Boehler, Jill M. Boehler, 410 Maxine Drive, Lehighton, PA 18235-5807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank Trust National Association as Trustee of the LB - Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank Trust National Association as Trustee of |

         the LB - Igloo Series IV Trust lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lisa M. Doran
         on behalf of Debtor 1 Michael A. Boehler ldoran@dorananddoran.com

Lisa M. Doran
         on behalf of Debtor 2 Jill M. Boehler ldoran@dorananddoran.com

Richard Postiglione
         on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank Trust National Association  as Trustee of the LB - Igloo Series IV Trust bankruptcy@friedmanvartolo.com

Robert P. Sheils, III
         on behalf of Creditor PNC BANK  N.A. RSheilsIII@SheilsLaw.com, tvelez@sheilslaw.com;rmcdonald@sheilslaw.com

United States Trustee
         ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael A. Boehler, **Debtor 1** | Chapter 13 |
| Jill M. Boehler, **Debtor 2** | Case No. 5:16−bk−03293−MJC |

Social Security No.:
    xxx−xx−2930    xxx−xx−4386

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 9, 2022

**fnldec** (01/22)